IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-005-RLV-DCK

| | |
|---|---|
| MARK J. CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| REGINA HABLADO and BROWNHILL EXCAVATING, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 8) filed by Samuel B. Winthrop, concerning Bradley D. Marble on February 27, 2017. Mr. Bradley D. Marble seeks to appear as counsel *pro hac vice* for Plaintiff Mark J. Clark. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 8) is **GRANTED.** Mr. Bradley D. Marble is hereby admitted *pro hac vice* to represent Plaintiff Mark J. Clark.

**SO ORDERED**.

Signed: February 27, 2017

David C. Keesler
United States Magistrate Judge