IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-005-RLV-DCK

| | |
|---|---|
| MARK J. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| REGINA HABLADO and BROWNHILL EXCAVATING, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 10) filed by Hannah Styron Symonds, concerning Beata Shapiro, on March 10, 2017. Beata Shapiro seeks to appear as counsel *pro hac vice* for Defendants Regina Hablado and Brownhill Excavating. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 10) is **GRANTED.** Beata Shapiro is hereby admitted *pro hac vice* to represent Defendants Regina Hablado and Brownhill Excavating.

**SO ORDERED**.

Signed: March 10, 2017

David C. Keesler
United States Magistrate Judge