IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:17-cv-00005-GCM

| | |
|---|---|
| MARK CLARK,<br>            Plaintiff,<br><br>v.<br><br>REGINA HABLADO and<br>BROWNHILL EXCAVATING,<br>            Defendants. | )<br>)<br>)<br>)<br>) **ORDER ALLOWING JOINT**<br>) **MOTION OF PARTIES TO**<br>) **FURTHER ENLARGE DISCOVERY**<br>) **AND OTHER DEADLINES**<br>)<br>) |

THIS MATTER having come before the Court on the Joint Motion of Parties to Enlarge Discovery and Other Deadlines, the Court having considered the Motion, and having been fully advised in the premises, finds that the Motion is well-taken and shall be granted.

IT IS THEREFORE HEREBY ORDERED, ADJUDGED AND DECREED that the deadlines in the October 19, 2017 Order Allowing Joint Motion of Parties to Enlarge Discovery and Other Deadlines be extended as follows:

a. Discovery Completion from July 2, 2018 to **August 16, 2018;**

b. Motion Deadline from July 30, 2018 to **September 14, 2018;**

c. Alternative Dispute Resolution Deadline from July 30, 2018 to **September 14, 2018**; and

d. Trial Date remains **February 11, 2019.**

SO ORDERED:

Signed: June 20, 2018

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge

1249141v.1

Jointly Submitted By:

| BROWN CHIARI, LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| By: */s/ Bradley D. Marble*_____ | By: */s/ Beata Shapiro*_____ |
| | Hannah Styron Symonds |
| Bradley D. Marble, Esq. | N.C. State Bar No. 28824 |
| Pursuant to Pro Hac Vice | Beata Shapiro |
| Brown Chiari, LLP | Pursuant to Motion for Pro Hac Vice |
| 2470 Walden Avenue | 260 Franklin Street |
| Buffalo, NY 14225 | 14th Floor |
| bmarble@brownchiari.com | Boston, Massachusetts 02110 |
| | Telephone: (617) 422-5302 |
| Mr. Samuel B. Winthrop | Facsimile: (617) 423-6917 |
| WINTHROP & WINTHROP | hannah.symonds@wilsonelser.com |
| Post Office Box 964 | beata.shapiro@wilsonelser.com |
| Statesville, NC 28687 | *Attorneys for Defendants* |
| swinthrop@bellsouth.net | |
| *Attorneys for Plaintiff* | |

Dated: October 19, 2017