# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 5:17-cv-0005-GCM

MARK J. CLARK,

  Plaintiff,

v.

REGINA HABLADO,
BROWNHILL EXCAVATING,

  Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **David William Olsen,** filed September 24, 2018 (Doc. No. 34).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr Olsen is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Mark J. Clark.

**IT IS SO ORDERED.**

Signed: September 25, 2018

Graham C. Mullen
United States District Judge